# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Travis Govan

CASE NUMBER: 1:15-cv-05274

V.

ASSIGNED JUDGE: Judge Rebecca R. Pallmeyer

Fifth Third Bank

DESIGNATED MAGISTRATE JUDGE: Sidney Schenkier

TO: (Name and address of Defendant)

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, Ohio 45263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sergei Lemberg, Esq.
Lemberg Law, LLC
1100 Summer Street, 3rd floor
Stamford, CT 06905

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Jaclyn Pietkiewicz* (signature)

(By) DEPUTY CLERK



June 19, 2015

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Travis Govan,                          Plaintiff, |

VS. |

| Court No.: 1:15-cv-05274

Fifth Third Bank,                 Defendant. |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Kevin Allen, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons In a Civil Case, Complaint, and Notification of Docket Entry

Defendant to be served: Fifth Third Bank

ADDRESS WHERE ATTEMPTED OR SERVED: R/A: Mary E Tuuk, 38 Fountain Square Plaza
Cincinnati, OH, 45263

I SERVED the within named defendant on: 7/2/2015 9:30 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Diane Jackson, (Title): Manager, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 42 Gender: Female Race: Caucasian Height: 5-9 Weight: 126-150 Hair: Blonde Glasses: Yes

Additional Comments:

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of Ohio
County of Butler

Subscribed and sworn before me on 7/10/2015

Signature of Process Server
Kevin Allen
Printed Name
Process Server
Title

BETHANY M. HUFFMAN
Notary Public, State of Ohio
My Commission Expires Jan. 28, 2020

Notary Public — Bethany M. Heffman

Page 1 of 1    File Number: 12110-001
Reference Number: 3311087
Case Number: 1:15-cv-05274
Doc Generated: 07/07/2015 02:17:07:259 PM

606589_3311087_0_23_V4