IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Travis Govan, | : |
| | : |
| | : Civil Action No.: 1:15-cv-05274 |
| Plaintiff, | : |
| v. | : |
| | : |
| Fifth Third Bank; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Travis Govan ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and gives notice that the action is dismissed without prejudice as to all Defendants. Should Plaintiff not file a request to reinstate within sixty (60) days, said dismissal shall be with prejudice. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Dated: January 11, 2016

Respectfully submitted,

PLAINTIFF, Travis Govan

By:   /s/Sergei Lemberg
    Sergei Lemberg, Esq.
    LEMBERG LAW, L.L.C.
    43 Danbury Road
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Timothy L. Binetti, Esq.
Brittany E. Kirk, Esq.
Thomas J. Hayes, Esq.
DINSMORE & SHOHL LLP
227 W. Monroe Street, Suite 3850
Chicago, IL 60606

Karen S. Hockstad, Esq.
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215
*Attorneys for Defendants*

                                            By /s/*Sergei Lemberg*
                                                  Sergei Lemberg