UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Travis Govan

                    Plaintiff,

v.                                     Case No.: 1:15−cv−05274
                                                 Honorable Rebecca R. Pallmeyer

Fifth Third Bank

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 12, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Notice, the above cause is voluntarily dismissed without prejudice, with leave to reinstate within 60 days. Should Plaintiff not request to reinstate within 60 days, dismissal shall be with prejudice. Status hearing set for 1/14/2016 is stricken. Plaintiff's motion to dismiss Defendants counterclaim [21] is stricken as moot. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.